FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SOLANTIC, LLC, a foreign limited
liability company,

vs.  CASE NO.: 3:04-cv 40-J-25MMH

CITY OF NEPTUNE BEACH, a
municipality, and THE CODE
ENFORCEMENT BOARD OF THE
CITY OF NEPTUNE BEACH, its
local administrative governmental
body,

    Defendants.
_____/

## NOTICE OF REMOVAL

COME NOW Defendants, CITY OF NEPTUNE BEACH, a municipality, and THE CODE ENFORCEMENT BOARD OF THE CITY OF NEPTUNE BEACH, by and through their undersigned counsel, and pursuant to 28 U.S.C. §1441 and 1446, file and serve this Notice of Removal of this civil action from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, Case No. 16-2003-007941, to the United States District Court for the Middle District of Florida, Jacksonville Division, and in support of the removal, the Defendants would state as follows:

LEEPER & ROPER, P.A.
ATTORNEYS AT LAW
EAST ROBINSON STREET
ORLANDO, FLORIDA 32803
TELEPHONE (407) 897-5150

Page 1 of 5

## **PRELIMINARY FACTS**

1.  This is a civil action seeking damages against these Defendants for their actions under color of law, which allegedly deprived the Plaintiffs of their rights secured by the Constitution and laws of the United States of America. Specifically, the Complaint asserts causes of action pursuant to 42 U.S.C. §1983 and 28 U.S.C. §2201 and alleges that Plaintiff's First, Fifth and Fourteenth Amendment rights have been violated. The Complaint seeks an award of damages as a result of said alleged violation.

2.  Plaintiffs filed a civil action in the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida, Case No. 16-2003-007941 in which CITY OF NEPTUNE BEACH and THE CODE ENFORCEMENT BOARD OF THE CITY OF NEPTUNE BEACH, are named as Defendants.

3.  The Verified Amended Complaint is the first occasion when Constitutional issues or federal questions of any nature whatsoever were alleged in the state court action. Service of process was effected upon Defendants on January 5, 2004.

## **FEDERAL JURISDICTION**

4.  At all times material hereto Defendant, CITY OF NEPTUNE BEACH, FLORIDA, was a municipal corporation, organized and existing under the laws of

\_L, LEEPER & ROPER, P.A.
ATTORNEYS AT LAW
2816 EAST ROBINSON STREET
ORLANDO, FLORIDA 32803
TELEPHONE (407) 897-5150

the State of Florida and situated in Duval County, Florida.

5. At all times material hereto Defendant, THE CODE ENFORCEMENT BOARD OF THE CITY OF NEPTUNE BEACH, is a local administrative governmental body of the CITY OF NEPTUNE BEACH, FLORIDA.

6. This Honorable Court has jurisdiction of this cause pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343(a)(3) and (4), since this is a civil action arising under the Constitution, federal laws or federal statutes and seeks to redress the alleged deprivation, under color of state law, statute, ordinance, regulation, custody or usage of rights or privileges secured by the United States Constitution or by an act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; and this action alleges damages or other relief allegedly resulting from the claimed violation of civil rights.

## TIMELINESS OF REMOVAL

7. This Notice of Removal is timely, as the Verified Amended Complaint served on January 5, 2004, is the first pleading which raises any federal questions or any alleged violation of civil rights or other rights secured by the United States Constitution. A copy of the Verified Amended Complaint filed in the state court proceedings is attached hereto as Exhibit A.

LEEPER & ROPER, P.A.
ATTORNEYS AT LAW
EAST ROBINSON STREET
ORLANDO, FLORIDA 32803
TELEPHONE (407) 897-5150

## STATE COURT PLEADINGS

8. Defendants will file true and legible copies of all process, pleadings, orders or other papers or exhibits of every kind that have been filed in the state court action.

## SUPPLEMENTAL JURISDICTION

9. The state law claims which have been asserted by the Plaintiffs arise out of the same nucleus of facts and circumstances which form the basis for the federal claims asserted in this suit, and Defendants would submit that an exercise of supplemental jurisdiction by this Court, pursuant to 28 U.S.C. §1441(c), would be appropriate in this matter.

WHEREFORE, Defendants, CITY OF NEPTUNE BEACH, FLORIDA, and THE CODE ENFORCEMENT BOARD OF THE CITY OF NEPTUNE BEACH, FLORIDA, would respectfully request that this Court enter an Order removing this entire action from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, to the United States District Court, Middle District of Florida, Jacksonville Division, for the grounds set forth above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Alan D. Henderson, Esq., Henderson Keasler Law Firm, 4309 Pablo Oaks Court,

LEEPER & ROPER, P.A.
ATTORNEYS AT LAW
EAST ROBINSON STREET
ORLANDO, FLORIDA 32803
TELEPHONE (407) 897-5150

Suite 5, Jacksonville, FL 32224 by mail this 21 day of January, 2004.

*[signature]*

MICHAEL J. ROPER, ESQ.
Bell, Leeper & Roper, P.A.
P. O. Box 3669
Orlando, FL 32802
Telephone:  407-897-5150
Fax:            407-897-3332
Florida Bar No. 0473227
Co-Counsel for Defendants

CHRISTOPHER A. WHITE, ESQ.
814 Highway A1A North, Ste. 305
Ponte Vedra Beach, FL 32082
Telephone: 904-280-8060
Fax:            904-280-7171
Co-Counsel for Defendants
Florida Bar No. 207330

BELL, LEEPER & ROPER, P.A.
ATTORNEYS AT LAW
EAST ROBINSON STREET
ORLANDO, FLORIDA 32803
TELEPHONE (407) 897-5150

Page 5 of 5